MAY 23, 1939

**No. 41432.—**—Petition 5645–R of John Wroblewski. Abstract 40944. Application by petitioner denied, Brown, J., dissenting.

**No. 41433.—**—Protest 911161–G of R. W. Greeff & Co., Inc. Abstract 41155. Application by plaintiff for rehearing denied.

**No. 41434.—**—Protest 949935–G of Balfour, Guthrie & Co., Ltd. Abstract 41118. Application by plaintiff for rehearing denied.

**No. 41435.—**—Protests 933130–G, etc., of Steinberger Bros. Glove Corp. Abstract 41110. Application by plaintiff for rehearing granted.

MAY 27, 1939

**No. 41436.—**—Protest 815404–G, etc., of Kilburn Mill. C. D. 124. Application by plaintiff for rehearing granted in part and protest 815408–G sustained, the court holding the liquidation was illegal and void because not made within sixty days after the date of liquidation. The other protests were overruled. Brown, J., dissented, saying: "I think that not only should relief be granted as to protest 815408–G but the entire judgment should be vacated and a rehearing granted."

MAY 25, 1939

**No. 41437.—SUIT 4196.—**—*F. F. G. Harper & Co., Inc., B. R. Anderson & Co.* v. *United States.* T. D. 49633 affirmed.

MAY 29, 1939

**No. 41438.—SUIT 4159.—**
—*Otis McAllister & Co.* v. *United States.* T. D. 49236 affirmed.

BEFORE THE FIRST DIVISION, MAY 29, 1939

**No. 41439.—**Protests 774909–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Phillips Lumber Co.* v. *United States* (T. D. 49624), holding timber not subject to a tax under section 601 (c) (6), the protests were sustained.

**No. 41440.—**Protest 739930–G (A) of Wehling Cheever Co. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.